# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 41 WM 2022

            Respondent                   :

                      :

             v.                        :

                      :

EMUEL C. HENLEY,              :

                      :

            Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2022, to the extent the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* seeks reinstatement of Petitioner's allocatur rights, the Petition is GRANTED. Petitioner has 30 days from the date of this order in which to file a Petition for Allowance of Appeal.